UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT LOWINGER, Individually and On Behalf of All Others Similarly Situated,<br><br>*Plaintiff*,<br><br>v.<br><br>CELGENE CORPORATION, MARK J. ALLES, RICHARD W. BARKER, HANS BISHOP, MICHAEL W. BONNEY, MICHAEL D. CASEY, CARRIE S. COX, MICHAEL A. FRIEDMAN, JULIA A. HALLER, PATRICIA HEMINGWAY HALL, JAMES J. LOUGHLIN, ERNEST MARIO, and JOHN H. WEILAND,<br><br>*Defendants*. | Case No. 2:19-cv-04752<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

## NOTICE OF DISMISSAL

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Robert Lowinger ("Plaintiff"), by counsel, hereby gives notice that he is dismissing all claims in the above captioned matter (the "Action"), with prejudice as to himself and without prejudice as to claims on behalf of the putative class in the Action. Because this notice of dismissal is being filed before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

Dated: May 3, 2019                                    KANTROWITZ, GOLDHAMER & GRAIFMAN, PC


By: /s/ Gary S. Graifman
Gary S. Graifman
210 Summit Avenue
Montvale, NJ 07645
Tel.: (201) 391-7000
Email: ggraifman@kgglaw.com

***Attorneys for Plaintiff***